

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JJD/SDD/MPC   *610 Federal Plaza*
F. #2013R00227   *Central Islip, New York 11722*

January 17, 2014

By Hand
Anthony La Pinta, Esq.
35 Arkay Drive, Suite 200
Hauppauge, New York 11788

      Re:    United States v. Justin Kaliebe
               Criminal Docket No. 13-072 (ADS)

Dear Mr. La Pinta:

      Enclosed please find the following discovery materials, which are being provided in accordance with Rule 16 of the Federal Rules of Criminal Procedure:

- Enclosed herewith are 34 disks (Disk-1 through Disk-32 and Disk-34-35)[1] that contain recorded conversations between, <u>inter alia</u>, the defendant Justin Kaliebe and an undercover law enforcement officer, including conversations that took place on the following dates: 3/5/12, 4/4/12, 4/18/12, 4/20/12, 5/2/12, 5/9/12, 5/11/12, 5/30/12, 6/1/12, 6/4/12, 6/8/12, 6/27/12, 7/11/12, 7/18/12, 7/20/12, 8/22/12, 9/12/12, 9/14/12, 9/20/12, 9/27/12, 10/9/12, 10/31/12, 11/26/12, 12/7/12, 12/11/12, 12/14/12, 12/21/12, 12/28/12, 12/31/12, 1/4/13, 1/11/13, 1/14/13, 1/16/13 and 1/18/13.

- A disk (Disk-36) that contains <u>draft</u> transcripts of the recorded conversations between the defendant and/or Justin Kaliebe and an undercover law enforcement officer, including conversations that took place on the following dates: 3/5/12, 4/4/12, 4/18/12, 4/20/12, 5/2/12, 5/9/12, 5/11/12, 5/30/12, 6/1/12, 6/4/12, 6/8/12, 6/27/12, 7/11/12, 7/13/12, 7/18/12, 7/20/12, 8/22/12, 9/10/12, 9/12/12, 9/14/12, 9/20/12, 9/27/12, 10/9/12, 10/31/12, 11/26/12, 12/7/12, 12/11/12, 12/14/12, 12/21/12, 12/28/12, 12/31/12, 1/4/13, 1/11/13, 1/14/13, 1/16/13 and 1/18/13.

      All of the enclosed discovery materials are subject to the Stipulation and Order executed by parties and ordered by the Court on January 10, 2014.  Additionally, the

---

[1] These disks were also provided in discovery in connection with <u>United States v. Zea</u>.  Disk-33 contained materials applicable to Zea and is not being provided herewith.

2

enclosed transcripts also are subject to the January 10, 2014 stipulation that you signed regarding the use of the draft transcripts.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By:   /s/ John J. Durham
John J. Durham: (631) 715-7851
Seth D. DuCharme: (718) 254-6021
Michael P. Canty: (718) 254-6490
Assistant U.S. Attorneys

Enclosures

cc:    Clerk of the Court (ADS) (by ECF) (without enclosures)