

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JJD/SDD/MPC

*610 Federal Plaza*
*Central Islip, New York 11722*

April 23, 2014

By Hand and ECF
The Honorable Arthur D. Spatt
United States District Judge
United States District Court
Eastern District of New York
1020 Federal Plaza
Central Islip, New York 11722

    Re: United States v. Justin Kaliebe
       Criminal Docket No. 13-072 (ADS)

Dear Judge Spatt:

  The defendant Justin Kaliebe pled guilty, on February 8, 2013, to one count of attempting to provide material support to terrorists, in violation of 18 U.S.C. § 2339A(a), and one count of attempting to provide material support to a designated foreign terrorist organization, al-Qaeda in the Arabian Peninsula, in violation of 18 U.S.C. § 2339B(a)(1), and is scheduled to be sentenced on May 2, 2014. The government and defense have made objections to the Pre-Sentence Investigation Report, which are under review by the Probation Department, but an addendum has not been disclosed to date. Additionally, on April 14, 2014, the defendant filed a detailed sentencing memorandum with the Court, and the government is in the process of drafting a response, but needs additional time to do so. Accordingly, the government respectfully requests that the sentencing be adjourned until May 30, 2014 at 11:00 a.m., a date and time provided by Your Honor's Courtroom Deputy.

Case 2:13-cr-00072-DRH-AKT Document 79 Filed 04/23/14 Page 2 of 2 PageID #: 360

The government has discussed the requested adjournment with the defendant's counsel, Anthony La Pinta, Esq., and he consents.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: *[signature]*

John J. Durham: (631) 715-7851
Seth D. DuCharme: (718) 254-6021
Michael P. Canty: (718) 254-6490
Assistant U.S. Attorneys

cc: Anthony La Pinta, Esq. (By ECF and e-mail)
     Clerk of the Court (ADS) (By ECF)