UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                            Plaintiff,

-against-                                    **ORDER OF RECUSAL**
                                                    13-CR-072 (ADS)

JUSTIN KALIEBE, also known as "Umar Abdur-Rahman," "Justin Russi," and "Omar,"

                            Defendant.
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                            Plaintiff,

-against-

MARCOS ALONSO ZEA,

                            Defendant.
----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 27 2014 ★
LONG ISLAND OFFICE

**APPEARANCES:**

**The United States Attorney Office, Eastern District of New York**
*Attorneys for the Plaintiff*
Long Island Courthouse
610 Federal Plaza
Central Islip, NY 11722
        By:    Amanda Hector, Esq.
                John J. Durham, Esq.
                Seth D. DuCharme, Esq.
                Michael P. Canty, Assistant United States Attorney

**Reynolds, Caronia, Gianelli, Hagney, LaPinta & Hargraves**
*Attorneys for the Defendant Justin Kaliebe also known as Umar Abdur-Rahman also known as Justin Russi also known as Omar*
35 Arkay Drive
P.O. Box 11177
Hauppauge, NY 11788
        By:    Anthony M. LaPinta, Esq.

**Marc Bogatin, Esq.**
*Attorney for the Defendant Marcos Alonso Zea also known as Ali Zea*
277 Broadway
Suite 900
New York, NY 10007

**SPATT, District Judge.**

    I hereby recuse myself from the above-captioned case.

Dated: Central Islip, New York
May 27, 2014

                                         s/ Arthur D. Spatt
                                          ARTHUR D. SPATT
                                          United States District Judge