

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JJD/SDD/MPC  
F. #2013R00227

*610 Federal Plaza*  
*Central Islip, New York 11722*

June 20, 2014

<u>By Federal Express</u>  
Marc Bogatin, Esq.  
277 Broadway, Suite 900  
New York, New York 10007

   Re: United States v. Marcos Alonso Zea  
     <u>Criminal Docket No. 13-072 (S-1)(SJF)</u>

Dear Mr. Bogatin:

  Enclosed please find the following supplemental discovery materials, which are being provided in accordance with Rule 16 of the Federal Rules of Criminal Procedure:

- Disks 40 and 41, contain recorded conversations between the defendant and/or Justin Kaliebe and an undercover law enforcement officer, including conversations that took place on the following dates: 4/9/12, 4/16/12, 4/23/12, 5/4/12, 5/7/12, 5/21/12, 6/6/12, 6/8/12, 6/13/12, 6/18/12, 6/22/12, 6/25/12, 7/2/12, 7/4/12, 7/6/12, 7/9/12, 7/16/12, 7/19/12, 7/23/12, 7/30/12, 8/2/12, 8/3/12, 8/6/12, 8/21/12, 8/28/12, 8/31/12, 9/4/12, 9/7/12, 9/18/12, 9/21/12, 9/24/12, 9/28/12, 10/1/12, 10/3/12, 10/5/12, 10/10/12, 10/12/12, 10/15/12, 10/17/12, 10/19/12, 10/24/12, 10/31/12, 11/1/12, 11/9/12, 11/14/12, 11/16/12, 12/3/12, 12/5/12, 12/10/12, 12/17/12, 12/19/12, 12/26/12, 1/7/13, 1/9/13

- Disk 42 contains <u>draft</u> transcripts of the recorded conversations between the defendant and/or Justin Kaliebe and an undercover law enforcement officer, including conversations that took place on the following dates: 4/9/12, 4/16/12, 4/23/12, 5/4/12, 5/7/12, 5/21/12, 6/6/12, 6/8/12, 6/13/12, 6/18/12, 6/22/12, 6/25/12, 7/2/12, 7/4/12, 7/6/12, 7/9/12, 7/16/12, 7/19/12, 7/23/12, 7/30/12, 8/2/12, 8/3/12, 8/6/12, 8/21/12, 8/28/12, 8/31/12, 9/4/12, 9/7/12, 9/18/12, 9/21/12, 9/24/12, 9/28/12 (two recordings), 10/1/12, 10/3/12, 10/5/12, 10/10/12, 10/12/12, 10/15/12, 10/17/12, 10/19/12, 10/24/12, 10/31/12, 11/1/12, 11/9/12, 11/14/12, 11/16/12, 12/3/12, 12/5/12, 12/10/12, 12/17/12, 12/19/12, 12/26/12, 1/7/13, 1/9/13

- Redacted copies of FBI reports summarizing meetings between the defendant and/or Justin Kaliebe and an undercover law enforcement officer on the following dates: 7/16/12, 7/19/12, 7/23/12, 7/30/12, 8/2/12, 8/3/12, 8/6/12, 8/21/12, 8/28/12, 8/31/12,

      9/4/12, 9/7/12, 9/18/12, 9/21/12, 9/24/12, 9/28/12, 10/1/12, 10/3/12, 10/5/12, 10/10/12, 10/12/12, 10/15/12, 10/17/12, 10/19/12, 10/24/12, 10/31/12, 11/1/12, 11/7/12, 11/9/12, 11/14/12, 11/16/12, 11/20/12, 12/3/12, 12/5/12, 12/10/12, 12/17/12, 12/19/12, 12/26/12, 1/7/13, 1/9/13, bates numbers 001023-001109

- Redacted copies of FBI reports summarizing internet conversations between Justin Kaliebe and an undercover law enforcement officer, bates numbers 001110-001176

- Redacted copy of an FBI report summarizing a meeting between the defendant and/or Justin Kaliebe and an undercover law enforcement officer on August 22, 2012, bates numbers 001177-001180

- Disk 43 contains internet activity of the defendant.

      All of the enclosed discovery materials are subject to the Stipulation and Order executed by United States District Judge Arthur D. Spatt and the parties on November 15, 2013. Additionally, the enclosed transcripts also are subject to the December 12, 2013 stipulation that you signed regarding the use of the draft transcripts.

      The government renews its request for reciprocal discovery. If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

                        Very truly yours,

                        LORETTA E. LYNCH
                        United States Attorney

        By:    /s/ John J. Durham
                John J. Durham: (631) 715-7851
                Seth D. DuCharme: (718) 254-6021
                Michael P. Canty: (718) 254-6490
                Assistant U.S. Attorneys

Enclosures

cc:    Clerk of the Court (SJF) (by ECF) (without enclosures)