**REYNOLDS, CARONIA, GIANELLI & LA PINTA**, P.C.
ATTORNEYS AT LAW
35 ARKAY DRIVE • PO BOX 11177
HAUPPAUGE, NEW YORK 11788

631 231-1199
FAX: 631 231-1344

JAMES T. REYNOLDS
PETER R. CARONIA, LLC.
PAUL GIANELLI
ANTHONY M. LA PINTA

MICHAEL E. FEHRINGER
BRETT BENNETT

OF COUNSEL:

JOHN T. CATTERSON
CATHERINE E. MILLER
CHRISTOPHER J. PURCELL

**<u>FILED VIA ECF</u>**

September 12, 2104

The Honorable Sandra F. Feuerstein
Unites States District Court, EDNY
Alphonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, NY  11722-4454

  Re: **<u>USA v. Justin Kaliebe</u>**
    CR 13-0072 (ADS)

Your Honor:

  I represent defendant Justin Kaliebe in the above matter. The sentencing hearing is scheduled for Wednesday, September 17, 2014 at 10:00 am. Kindly accept this request for an adjournment for the following reasons.

  The government filed their sentencing memorandum two days ago, on September 10, 2014. I need additional time to prepare a response to their submission. To properly prepare my response, I will need to meet with both my client at the MDC and our expert forensic psychiatrist, Dr. Bardey, at his office in New York City. I am also scheduled to start two state trials within the next month, <u>People v. Borsetti</u>, before Suffolk County Court Judge John Toomey, and <u>People v. Cesseretti</u>, before Suffolk County Supreme Court Justice Fernando Camacho.

  Therefore, kindly accept this request to adjourn this sentencing hearing to any day of the week of October 27, 2014. I was unable to reach Bryan Morabito to ascertain your court calendar and availability.

  I have discussed this adjournment request with AUSA John Durham and he does not oppose it.

  Thank you for your prompt attention to this matter. Please contact my office if you are in need of anything further to

accommodate this request.

Very truly yours,

ANTHONY M. LA PINTA
AML:mm

cc:   John Durham, Esq. (via ECF)