MARC BOGATIN
ATTORNEY AT LAW
277 Broadway
Suite 900
New York, NY 10007

TELEPHONE
212-406-9065
FAX
212-406-1560

March 23, 2015

Honorable Sandra J. Feuerstein
United States District Judge
U.S. Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:  United States v. Marcos Zea
            13 Cr. 072 (SJF)

Dear Judge Feuerstein:

    Defendant Marcos Zea is scheduled to be sentenced before Your Honor on March 26, 2015. By means of this letter defendant respectfully asks for an adjournment of the sentencing. The reason for this request is to allow additional time to finalize defendant's sentencing memorandum.

    If the adjournment is granted, defendant would file his sentencing memorandum by no later than March 27, 2015. The government has advised that they would like at least a week to reply to defendant's presentation. I have spoken to the government, and they do not oppose an adjournment.

    Defendant respectfully requests that, subject to the convenience of the Court, defendant's sentencing be adjourned to any of the following dates: April 7, 8, 9, 13, 14, 16, 20, 22, 27, 28, 29, 30.

    Defendant thanks the Court for its consideration herein.

Respectfully,

MARC BOGATIN

cc: All Counsel of Record -- via ECF