**MARC BOGATIN**
ATTORNEY AT LAW
277 Broadway
Suite 900
New York, NY 10007

TELEPHONE
212-406-9065
FAX
212-406-1560

April 9, 2015

Honorable Sandra J. Feuerstein
United States District Judge
U.S. Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re:  United States v. Marcos Zea
     13 Cr. 072 (SJF)

Dear Judge Feuerstein:

I have been advised by the Probation Department that I need Court permission to be provided with a copy of Probation's sentencing recommendation to Your Honor.

I respectfully request that the Court grant the Probation Department permission to share their sentencing recommendation with me.

I believe that, as a matter of due process and fundamental fairness, defense counsel should have access to any sentencing presentation, including a recommendation, made by the Probation Department to the Court. I respectfully submit that the sentencing recommendation should not be submitted ex parte.

I thank the Court for its consideration of this matter.

Respectfully,

**MARC BOGATIN**

cc:  All Counsel of Record--via ECF
     USPO Steven Guttman