UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

MARCOS ALSONSO ZEA,
    also known as "Ali Zea,"

                Defendant.

----------------------------------------------------------------x

**NOTICE OF APPEAL**

Cr. 13-072 (SJF)

      PLEASE TAKE NOTICE that defendant Marcos Zea hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment of conviction and sentence entered herein on or about April 20, 2015, per the Honorable Sandra J. Feuerstein, U.S.D.J.

Dated: April 22, 2015
       New York, NY

MARC BOGATIN
277 Broadway, Suite 900
New York, NY 10007
212 406-9065
marcbogatin@yahoo.com
Attorney for Defendant

TO: All Counsel of Record--via ECF

Zea.NOT OF APPEAL.04.22.15

1