## CRIMINAL CAUSE FOR SENTENCING

BEFORE JUDGE FEUERSTEIN     April 20, 2015     TIME: 1 hour

CR- 13-72

FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY
★ APR 20 2015 ★
LONG ISLAND OFFICE

DEFT NAME: **Marcos Alonzo Zea**

  X present     __ not present     X cust.     __ bail

DEFENSE COUNSEL:   **Mark Bogatin**

  X present     __ not present     __ CJA   X RET.     __ LAS

**A.U.S.A.: J. Durham**     CLERK: BMM

COURT REPORTER: E. Combs     OTHER: USPO

INT: (LANG.-     )

X   CASE CALLED.     __   SENTENCING ADJ'D TO_____.

X   SENTENCING HELD.     X   STATEMENTS OF DEFT AND COUNSEL HEARD.

X   DEFT SENTENCED ON COUNT(S) Three (3) and Four (4) of the Superseding (S-1) Indictment

SENTENCE TEXT: CUSTODY:COUNT THREE (3)(S-1): ONE HUNDRED AND EIGHTY (180) MONTHS CUSTODY; COUNT FOUR (4)(S-1): ONE HUNDRED AND TWENTY (120) MONTHS CUSTODY TO RUN CONSECUTIVELY TO THE TERM IMPOSED ON COUNT THREE(3)(S-1). SUPERVISED RELEASE: COUNT THREE (3)(S-1):THREE (3) YEARS SUPERVISED RELEASE; COUNT FOUR (4)(S-1): THREE (3) YEARS SUPERVISED RELEASE

REMAINING OPEN COUNTS ARE DISMISSED ON     X   GOVTS MOTION

                                            __   COURT'S MOTION

X   *COURT ADVISED DEFT OF RIGHT TO APPEAL.*     __   I.F.P. GRANTED.

X   *DEFT WAIVED RIGHT TO APPEAL IN PLEA AGREEMENT.*

X   DEFT REMANDED.     __   DEFT ON BAIL PENDING APPEAL.

**OTHER:**_____