## REYNOLDS, CARONIA, GIANELLI & LA PINTA, P.C.
ATTORNEYS AT LAW
200 VANDERBILT MOTOR PARKWAY, SUITE C-17
HAUPPAUGE, NEW YORK 11788

| | | |
|---|---|---|
| JAMES T. REYNOLDS<br>PETER R. CARONIA, LLC.<br>PAUL GIANELLI<br>ANTHONY M. LA PINTA<br><br>MICHAEL E. FEHRINGER<br>BRENDAN M. AHERN | TEL: 631.231.1199<br>FAX: 631.300.4380<br>www.rcgllaw.com | OF COUNSEL:<br><br>JOHN T. CATTERSON<br>CATHERINE E. MILLER<br>CHRISTOPHER J. PURCELL |

**FILED ECF**

August 17, 2015

The Honorable Denis R. Hurley
United States District Court, EDNY
Alphonse M. D'Amato Federal Building
100 Federal Plaza
Central Islip, New York 11722

    Re: **USA v. Justin Kaliebe**
        13 CR 72 (DRH)

Your Honor:

    Please be advised that the defense will not be submitting a reply to the government's opposition to our motion to attend the prosecution's expert evaluation of Mr. Kaliebe.

Respectfully submitted,

ANTHONY M. LA PINTA

cc: Michael Canty, Esq.(via ECF)